IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TONY OWEN DUPREE,
    Petitioner,

vs.                                                                              Case No. 3:09cv304/RV/EMT

WALTER McNEIL,
    Respondent.
_____/

**O R D E R**

        This cause is before the court upon Petitioner's filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. 1). The court notes that Petitioner has neither applied for leave to proceed in forma pauperis nor paid the filing fee. Before this matter may proceed, Petitioner must either pay the filing fee or obtain leave to proceed in forma pauperis by filing a fully and properly completed application and attachments.

        Additionally, the court notes that Petitioner names the Florida Department of Corrections (DOC) and "Walter McNeal" as Respondents (Doc. 1 at 1). Pursuant to 28 U.S.C. § 2242, the appropriate Respondent is the person having custody of Petitioner. Therefore, Walter McNeil, Secretary of the DOC, is the only proper Respondent, and the court will direct the clerk to terminate the DOC as a Respondent and modify the docket to reflect the correct spelling of Secretary McNeil's name, as the court has already done in the caption of this order.

        Accordingly, it is **ORDERED**:

        1. The clerk is directed to send to Petitioner an application to proceed in forma pauperis. Additionally, the clerk shall modify the docket to reflect that Walter McNeil is the sole Respondent in this case.

2. Within **THIRTY (30) DAYS** from the date of docketing of this order, Petitioner shall either pay the filing fee of $5.00 or submit a fully completed application to proceed in forma pauperis.

3. Petitioner's failure to comply with this order may result in a recommendation of dismissal of this action for failure to comply with an order of the court.

**DONE AND ORDERED** this 5th day of August 2009.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**