**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

TONY OWEN DUPREE

    vs                                             Case No. 3:09cv304/RV/EMT

WALTER McNEIL

_____

**ORDER**

Petitioner's **CORRESPONDENCE TO THE CLERK OF COURT**, received by the clerk of the court on August 4, 2009, was referred to the undersigned with the following deficiencies:

    The document is not properly captioned for this court. Every paper filed after the petition must have the name of this court. The names of the parties (the style of the case) shall be clearly set forth in the upper left-hand corner on the first page of all pleadings, motions, briefs, applications, and other papers tendered for filing. To the right of the style shall be the case number, including judges' initials, if a case number and a judge or judges have been assigned. *See* N.D. Fla. Loc. R. 5.1(B)(1).

    The document is not in proper form. A request for a court order shall be by motion. Fed. R. Civ. P. 7(b). The title of the motion shall include a clear, concise and specific description of the motion and the filing party. *See* Fed. R. Civ. P. 7(b)(2), 10(a); N.D. Fla. Loc. R. 5.1(B)(2). The body of the motion shall state with particularity the grounds for the request and shall set forth the relief or order sought. *See* Fed. R. Civ. P. 7(b). <u>Petitioner is advised that he should not address or present to the court in the form of a letter or the like any application requesting relief or presenting arguments</u>. *See* N.D. Fla. Loc. R. 7.1(F)(1).

For these reasons, it is **ORDERED** that:

    The submitted hard copy of the document shall be returned to Petitioner by the Clerk without electronic filing. It may be resubmitted after the above-noted deficiencies are corrected.

**DONE AND ORDERED** this 6th day of August 2009.


      /s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**