IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TONY OWEN DUPREE,
    Petitioner,

vs.                                       Case No. 3:09cv304/RV/EMT

WALTER McNEIL,
    Respondent.
_____/

**O R D E R**

This cause is before the court on Respondent's amended motion to dismiss the habeas petition as untimely (Doc. 22). Before the court rules on this motion, Petitioner shall be given an opportunity to respond.

Accordingly, it is **ORDERED**:

Within **THIRTY (30) DAYS** from the date of docketing of this order, Petitioner shall file a response to Respondent's amended motion to dismiss.

**DONE AND ORDERED** this 11th day of May 2010.

                                            */s/ Elizabeth M. Timothy*
                                            **ELIZABETH M. TIMOTHY**
                                            **UNITED STATES MAGISTRATE JUDGE**