IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TONY OWEN DUPREE,
    Petitioner,

vs.                      Case No. 3:09cv304/RV/EMT

WALTER McNEIL,
    Respondent.
_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 20, 2010 (Doc. 31). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Respondent's motion to dismiss (Doc. 22) is **GRANTED**.

3. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** with prejudice as untimely.

4. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 19th day of November, 2010.

                                     /s/ *Roger Vinson*
                                     **ROGER VINSON**
                                     **SENIOR UNITED STATES DISTRICT JUDGE**